**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2248**

WALTER FERGUSON; CHARLENE FERGUSON,

        Plaintiffs – Appellants,

        v.

OPTION ONE MORTGAGE CORPORATION, now known as Sand Canyon
Corporation; AMERICAN HOME MORTGAGE SERVICING,
INCORPORATED, servicing agent for U.S. Bank, NA; U.S. BANK,
N.A., trustee for STRUCTURED ASSET MANAGEMENT SECURITIES
CORPORATION; STRUCTURED ASSET MANAGEMENT SECURITIES
CORPORATION; AURORA LOAN SERVICES LLC, as signatory for
MORTGAGE ASSET PASS-THROUGH CERTIFICATES SERIES 2006-BC6;
MORTGAGE ASSET PASS-THROUGH CERTIFICATES SERIES 2006-BC6,
an asset-backed securitized mortgage pool; SHAPIRO AND
INGLE, LLP; ANDREW HAYES, trustee,

        Defendants – Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Catherine C. Eagles,
District Judge. (1:11-cv-00670-CCE-LPA)

Submitted: February 25, 2013     Decided: March 12, 2013

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter Ferguson, Charlene Ferguson, Appellants Pro Se. Brett
Michael Shockley, MCGUIRE WOODS, LLP, Charlotte, North Carolina;
Megan E. Miller, HUNTON & WILLIAMS, LLP, Charlotte, North

Carolina; Jason Kenneth Purser, SHAPIRO & INGLE LLP, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter and Charlene Ferguson appeal the district court's order dismissing their complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ferguson v. Option One Mtg. Corp.</u>, No. 1:11-cv-00670-CCE-LPA (M.D.N.C. Sept. 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>